Ronald ALEXANDER, Appellant,

v.

STATE of Missouri, Respondent.

No. 71365.

Missouri Court of Appeals,
Eastern District,
Division One.

July 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1997.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

---

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Roland Davis, appeals the judgment entered by the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the motion court is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the motion court pursuant to Rule 84.16(b).